Gordon Lewis, Bar #015162
Stephanie D. Baldwin, Bar #036897
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-4432
Fax: (602) 651-7588
glewis@jshfirm.com
sbaldwin@jshfirm.com

Attorneys for Defendant Chiricahua
Community Health Centers, Inc.

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Katie Fahad, an individual, <br><br> Plaintiff, <br><br> v. <br><br> Chiricahua Community Health Centers, Inc., an Arizona corporation <br><br> Defendant. | No. <br><br> **NOTICE OF REMOVAL** |

Defendant Chiricahua Community Health Centers, INC. ("Defendant"), by and through undersigned counsel, and pursuant to 28 U.S.C. § 1331, 1441, and 1446, hereby gives notice of the removal of the above-captioned case, Cochise County Superior Court Case No. CV202400100, from the Superior Court of the State of Arizona, County of Cochise, to this Court and in support thereof asserts:

1. On or about November 22, 2024, Plaintiff filed her First Amended Complaint against Defendant in the Superior Court of Arizona in and for the County of Cochise, under the caption *Katie Fahad v. CHIRICAHUA COMMUNITY HEALTH CENTERS, INC., an Arizona nonprofit corporation*, CV202400100. A copy of that Complaint is attached hereto as **Exhibit A**. Defendant received formal notice of this pleading on November 22, 2024, 2024, when Plaintiff completed service of process on Defendant.

117857658.1

2. The United States Federal District Courts have original jurisdiction over all civil actions arising under the laws of the United States pursuant to 28 U.S.C. § 1331.

3. This action may be removed pursuant to 28 U.S.C. § 1331 because the Amended Complaint alleges Disability Discrimination Racketeering based on alleged violations of the Americans with Disabilities Act, 42 U.S.C. §12101 et seq [*See* **Exhibit A**, Plaintiff's First Amended Complaint, Count I - Disability Discrimination and Count II - Hostile Work Environment].

4. Venue is proper in this district pursuant to 28 U.S.C. § 1441(a) because the District of Arizona embraces Cochise County, Arizona, the place where the Superior Court action was filed.

5. This Notice of Removal is being filed within thirty (30) days of receiving formal notice of the Complaint, and is therefore timely filed under 28 U.S.C. § 1446(b).

6. Copies of all pleadings currently on file with Cochise County Superior Court are attached as **Exhibit B** to this Notice.

7. A Notice of Filing Notice of Removal, a true and correct copy of which is attached as **Exhibit C** (without exhibits attached) has been filed in the Arizona Superior Court, County of Cochise, on behalf of Defendant.

Based on the foregoing, Defendant respectfully requests that the above action now pending in Arizona Superior Court, Cochise County, be removed to this Court.

117857658.1

DATED this 13th day of December, 2024.

JONES, SKELTON & HOCHULI, P.L.C.


By */s/ Stephanie D. Baldwin*
Gordon Lewis
Stephanie D. Baldwin
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Defendant Chiricahua Community Health Centers, Inc.

3

117857658.1

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 13th day of December, 2024, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

/s/ *Gail Hardin*

117857658.1