# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Katie Fahad,<br><br>        Plaintiff,<br><br>v.<br><br>Chiricahua Community Health Centers Incorporated,<br><br>        Defendant. | No. CV-24-00598-TUC-JCH (JR)<br><br>**ORDER** |

A judge has a duty to disqualify himself for the reasons specified in 28 U.S.C. § 455(b). He shall also disqualify himself to avoid the appearance of impropriety or if his impartiality could be reasonably questioned, whether or not such impartiality actually exists. 28 U.S.C. § 455(a). See also Code of Conduct for United States Judges, Canons 2 and 3. The Court has reviewed this case file and finds that it is advisable to recuse itself pursuant to 28 U.S.C. § 455. Accordingly,

**IT IS ORDERED** that this case has been randomly reassigned to the Honorable Angela M. Martinez. The parties are advised that all future case filings must bear the following case number: **CV-24-00598-TUC-AMM (JR)**.

Dated this 13th day of January, 2025.

John C. Hinderaker
United States District Judge