# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Katie Fahad, | No. CV-24-00598-TUC-AMM (JR) |
| Plaintiff, | **ORDER** |
| v. | |
| Chiricahua Community Health Centers Incorporated, | |
| Defendant. | |

On April 14, 2025, the parties filed a Stipulation to Dismiss with Prejudice. (Doc. 27.) The parties stipulate to dismiss this case with prejudice and with each party to bear its own costs and attorneys' fees. (*Id.* at 1.) Pursuant to Federal Rule of Civil Procedure 41(a), a plaintiff may dismiss an action without court order by filing "a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly,

**IT IS ORDERED** that this case is **DISMISSED with prejudice** and with each party to bear its own costs and fees.

**IT IS FURTHER ORDERED** that the Clerk of Court shall docket accordingly, term any pending motions, and close the file in this case.

Dated this 14th day of April, 2025.

Honorable Angela M. Martinez
United States District Judge